# *United States District Court*

## *District of North Dakota*

### Southeastern Division

Daniel Edward Cvijanovich,                                      **JUDGMENT**

               Petitioner,

                                        Case No:   3:07-cr-55

v.

United States of America,

               Respondent.

---

**IT IS ORDERED AND ADJUDGED:**  Pursuant to the Order Granting Motion to Vacate Sentence Under

28 U.S.C. § 2255 filed on July 8, 2011, the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence

under 28 U.S.C. § 2255 is granted.  Petitioner's conviction on Count One of the Indictment is vacated and

a new trial will be scheduled.

Date:  July 8, 2011

                                     ROBERT J. ANSLEY, CLERK OF COURT

                                     by: */s/ Leah Riveland-Foster,* Deputy Clerk